ORIGINAL

Perfect 10 Inc v. Theodore M Hasse et al

SEND

FILED
CLERK, U.S. DISTRICT COURT

MAY 19 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Doc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Perfect 10, Inc. | CASE NUMBER: |
| Plaintiff(s), | CV 04-2585 SJO (RZx) |
| v. | **ORDER RE TRANSFER PURSUANT** |
| Theodore M. Hasse | **TO GENERAL ORDER 224** |
| Defendant(s). | **( Related Cases)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_____          Lourdes B. Baird
_Date_                           _United States District Judge_

~~TRANSFER ORDER~~
~~DECLINED~~

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge _____ Baird for all further proceedings.

_____          S. James Otero
_Date_                           _United States District Judge_

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar, for the reasons set forth: _No substantial overlap among cases, different copyrights & defendants._

_May 17, 2004_                   _[signature]_
_Date_                           _United States District Judge_

**REASON FOR TRANSFER AS INDICATED BY COUNSEL:** Case _CV 97-6967_ LGB (SHx) and the present case:

X A.    appear to arise from the same or substantially identical transactions, happenings or events.
☐ B.    involve the same or substantially the same parties or property.
☐ C.    involve the same patent, trademark or copyright.
X D.    call for determination of the same or substantially identical questions of law and fact.
X E.    likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

~~TRANSFER ORDER~~
~~DECLINED~~

**NOTICE TO COUNSEL FROM CLERK:**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge_____ to Magistrate Judge_____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because documents are routed to the assigned judges by means of these initials.

**Subsequent documents must be filed at the    X Western    ☐ Southern    ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

③

Dockets.Justia.com