# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

CASE NO.: CV 04-2585 SJO (RZx)  DATE: August 4, 2004

TITLE: Perfect 10, Inc. v. Theodore M. Hasse

==================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                   Not Present
Courtroom Clerk                    Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**   **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                             Not Present

==================================================================

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff is hereby ordered to show cause in writing no later than **August 19, 2004** why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

- Answer by the Defendant(s) or Plaintiff's request for entry of default; or

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, **no oral argument** of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

**IT IS SO ORDERED.**



MINUTES FORM 11
CIVIL GEN                    Page 1 of 1            Initials of Deputy Clerk _____