SEND

Perfect 10 Inc v. Theodore M Hasse et al                                                                                                    Doc. 8



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Perfect 10 Inc, a California corporation | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV04-2585-SJO(RZx) |
| v. | |
| Theodore M Hasse etc et al | **DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |
| DEFENDANT(S). | |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Theodore M Hasse

_____                          _____
_____                          _____
_____                          _____
_____                          _____
_____                          _____
_____                          _____
_____                          _____

Clerk, U. S. District Court

August 19, 2004                               By  Phyllis Lopez
Date                                              Deputy Clerk



CV-37 (10/01)                       DEFAULT BY CLERK F.R.Civ.P. 55(a)