Perfect 10 Inc v. Theodore M Hasse et al                                                                                          Doc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only ✓

CASE NO.: CV 04-2585 SJO (RZx)          DATE: September 2, 2004

TITLE: Perfect 10, Inc. v. Hasse

================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                    NONE PRESENT
Courtroom Clerk                                Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**          **COUNSEL PRESENT FOR DEFENDANT(S):**

NONE PRESENT                                   NONE PRESENT

================================================================

**PROCEEDINGS (IN CHAMBERS):**

### ORDER DIRECTING COMPLETION OF RULE 55 REMEDIES

Since the Clerk has entered the requested default on August 19, 2004, this case is ready for final disposition. Doc. # 8. Plaintiff is directed to take steps to close this action by requesting the Clerk to enter judgment or by applying to the Court for entry of judgment if governed by Fed. R. Civ. P. 55(b)(2).

Such request or application shall be filed no later than **September 23, 2004.**

cc:    All Parties of Record



