JEFFREY N. MAUSNER (State Bar No. 122385)
Berman, Mausner & Resser ALC
11601 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025
Telephone: (310) 473-3333
Fax: (310) 473-8303

UNITED STATES DISTRICT COURT
Central  DISTRICT OF CALIFORNIA

| PERFECT 10, INC., a California corporation | CASE NUMBER CV 04-2585 SJO (RZx) |
|---|---|
| Plaintiff(s) | NOTICE OF DISMISSAL BY PLAINTIFF |
| v. | Rule 41(a)(1) F.R.Civ.P. |
| THEODORE M. HASSE, an individual | |
| Defendant(s) | |

**PLEASE TAKE NOTICE:**

[x]  The above-entitled action is

   *or*

[ ]  Defendant(s) THEODORE M. HASSE, an individual

         ,without prejudice                                                    are
hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Priority      ✓
Send          ✓
Enter         ___
Closed        ✓
JS-5/JS-6     ✓
JS-2/JS-3     ___
Scan Only     ___

Dated: September 20, 2004

                                                    _____
                                                    Plaintiff / Attorney for Plaintiff
                                                    JEFFREY N. MAUSNER

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

CV-09 (01/01)

NOTICE OF DISMISSAL BY PLAINTIFF
(Rule 41(a)(1), F.R.Civ.P.)

CCD-9

Dockets.Justia.co